Motion granted 4/5/22.
s/John R. Adams
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Docket Number 1:21-cr-00258

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSHUA GLOWACKI,

Defendant.

MOTION TO APPEAL
*IN FORMA PAUPERIS*

Now comes Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby moves this Honorable Court to permit him to appeal *in forma pauperis*.

Rule 24 of the Federal Rules of Appellate Procedure explains that motions to proceed *in forma pauperis* must first be directed to the district court. Mr. Glowacki has advised the undersigned that he is indigent and unable to afford counsel to represent him in these proceedings. The undersigned has obtained from Mr. Glowacki a copy of CJA Form 23, documenting his financial situation, and attached hereto as Exhibit "A." Mr. Glowacki intends to appeal the denial of a Motion to Suppress Evidence as well as the calculation and imposition of the restitution amount Ordered by this Honorable Court. He is entitled to redress in this appeal.

Because Mr. Glowacki is indigent and unable to retain private counsel, the undersigned requests that the Court allow Mr. Glowacki to proceed *in forma pauperis* in these proceedings.