## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 15, 2022

Mr. Eric C. Nemecek
Friedman & Nemecek
1360 E. Ninth Street
Suite 650
Cleveland, OH 44114

Mr. Michael A. Sullivan
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Re: Case No. 22-3279, *USA v. Joshua Glowacki*
Originating Case No. : 1:21-cr-00258-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Mr. Joshua Glowacki
    Ms. Sandy Opacich

Enclosure