Case No. 22-3279

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA GLOWACKI

    Defendant - Appellant

   Upon consideration of the motion of Mr. Eric C. Nemecek to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 15, 2022