## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  November 22, 2022

**Notice**

Mr. Michael A. Sullivan
Office of the U.S. Attorney
801 W. Superior Avenue, Suite 400
Cleveland, OH 44113

Mr. Kenneth P. Tableman
71 Maryland Avenue, S.E.
Grand Rapids, MI 49506-1819

Re: No. 22-3279
*USA v. Joshua Glowacki*

Dear Counsel,

The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, January 11, 2023**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy