**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: February 07, 2023

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

    Re: Case No. 22-3279, *USA v. Joshua Glowacki*
       Originating Case No. : 1:21-cr-00258-1

Dear Ms. Opacich,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Austin D. Tyree
               for Jennifer Strobel, Case Manager

cc: Mr. Joshua Glowacki
   Mr. Michael A. Sullivan
   Mr. Kenneth P. Tableman

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-3279

_____

Filed: February 07, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA GLOWACKI

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 01/13/2023 the mandate for this case hereby issues today.

COSTS: None